Case 7:24-cv-02152-KMK Document 93 Filed 11/05/26 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

MARQUIS PHILLIPS,

Plaintiff,

- against -

EDWIN POLANCO, Correction Officer Sergeant at Green Haven Correctional Facility; LINDSEY E. LEGENOS, Assistant Deputy Superintendent for Mental Health at Green Correctional Facility; individually and in their official capacity,

Defendants.

---------------------------------------------------------------------- X

24-CV-2152 (KMK)

~~[PROPOSED]~~
**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED INDIVIDUAL**

Pursuant to Rule 30(a) (2)(B) of the Federal Rules of Civil Procedure, it is hereby ORDERED that an Assistant Attorney General may take the deposition, by videoconference before a notary public, or a person authorized to administer oaths by the laws of the United States or of the State of New York, of Plaintiff Marquis Phillips, Department Identification Number 12-A-4710, on November 13, 2026, or any agreed upon date, at any New York State Correctional Facility, upon notice to the Plaintiff and the Superintendent of the correctional facility where he is then located.

Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: White Plains, New York
November 9, 2026

SO ORDERED.

Hon. Kenneth M. Karas
United States District Judge